IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER JAMES McCARTY,** | Case No. 2:17-cv-02642-KJM-CMK |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT FRAUENHEIM,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before October 4, 2018.

Dated: August 23, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE